IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-359-FL

| | | |
|---|---|---|
| ANITA THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CUMBERLAND COUNTY SCHOOLS, | ) | |
| VANSTORY HILLS ELEMENTARY | ) | |
| SCHOOL, and BETTY MUSSELWHITE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiff's motion to supplement her reply in accordance with this court's order entered February 28, 2011. For good cause shown, the motion to supplement is ALLOWED.

SO ORDERED, this the 17th day of March, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge